```
Daniel M. White (SBN# 068011)
Steven G. Amundson (SBN# 073501)
White, Oliver & Amundson
A Professional Corporation
550 West C Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-0300
Facsimile: (619) 239-0344

Attorneys for Defendant
S. Michael Love
```

FILED

2008 FEB 19 PM 2: 38

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. ROGOZIENSKI,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES D. ALLEN, S. MICHAEL LOVE, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 08 CV 0316 J AJB<br><br>**NOTICE OF INTERESTED PARTIES** |

Pursuant to Local Rule 40.2, the undersigned, counsel of record for defendant S. Micheal Love, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

    1.    McDougal, Love, Eckis, Smith, Boehmer & Foley.

Dated: February 14, 2008

                                     White, Oliver & Amundson

                                     By: _____
                                             Daniel M. White
                                             Attorneys for Defendant
                                             S. Michael Love