ORIGINAL

1  Daniel M. White (SBN# 068011)
   Steven G. Amundson (SBN# 073501 )
2  White, Oliver & Amundson
   A Professional Corporation
3  550 West C Street, Suite 950
   San Diego, California  92101
4  Telephone:  (619) 239-0300
   Facsimile:  (619) 239-0344
5
   Attorneys for Defendant
6  S. Michael Love

7

FILED

2008 FEB 19  PM 2: 39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNH_____DEPUTY

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  FRANK E. ROGOZIENSKI,                )  Case No. '08 CV 0316 J AJB
                                         )
11            Plaintiff,                 )  **NOTICE TO ADVERSE PARTY**
                                         )  **OF REMOVAL TO FEDERAL**
12       v.                              )  **COURT**
                                         )
13  JAMES D. ALLEN, S. MICHAEL LOVE, and )
    DOES 1 through 10, inclusive,        )
14                                       )
            Defendants.                  )
15  _____  )

16  TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

17       PLEASE TAKE NOTICE THAT a notice of removal of this action was filed in the

18  United States District Court for the Southern District of California on February 14, 2008.  A copy

19  of the notice of removal is attached to this notice.

20  Dated:  February 14, 2008                White, Oliver & Amundson

21

22                                          By_____
                                               Daniel M. White
23                                             Attorneys for Defendant
                                               S. Michael Love
24

25

26

27

28

                                                                    76861.1
   _Rogozienski v. Love_     Case No: 07cv0742 JAH (LSP)     NOTICE TO ADVERSE PARTY OF REMOVAL TO FED COURT

**ORIGINAL**

Daniel M. White (SBN# 068011)
Steven G. Amundson (SBN# 073501 )
**WHITE, OLIVER & AMUNDSON**
A Professional Corporation
550 West C Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-0300
Facsimile: (619) 239-0344

Attorneys for Defendant
S. Michael Love

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FRANK E. ROGOZIENSKI,              )   Case **08 CV 0316 J AJB**
                                   )
            Plaintiff,             )   **CERTIFICATE OF SERVICE OF**
                                   )   **NOTICE TO ADVERSE PARTY**
      v.                           )   **OF REMOVAL TO FEDERAL**
                                   )   **COURT**
JAMES D. ALLEN, S. MICHAEL LOVE, and )
DOES 1 through 10, inclusive,      )
                                   )
            Defendants.            )
_____   )

Patty Cortez certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 550 West "C" Street, Suite 950, which is located in the City of

San Diego and State of California, where the service described below took place.

On February 19, 2008, I caused to have personally served on plaintiff, Frank E.

Rogozienski, a copy of the Notice to Adverse Party of Removal to Federal Court dated February

14, 2008, a copy of which is attached to this Certificate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of February, 2008, at San Diego, California.

Patty Cortez

81067.1

*Rogozienski v. Love*   Case No: 07cv0742 JAH (LSP)   CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL