FRANK E. ROGOZIENSKI, ESQ. (Bar No. 51445)
FRANK E. ROGOZIENSKI, INC.
A Professional Corporation
Attorneys at Law
1660 Union Street, Third Floor
San Diego, CA 92101
Telephone: (619)237-1878
Facsimile: (619)237-1870

Attorneys for Plaintiff, FRANK E. ROGOZIENSKI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. ROGOZIENSKI,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES D. ALLEN, S. MICHAEL LOVE<br>and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 08-CV-0316 J(AJB)<br><br>NOTICE OF MOTION AND MOTION TO REMAND<br><br>DATE: 04/21/2008<br>TIME: 8:15 a.m.<br>COURTROOM: 12<br>HON. NAPOLEON A. JONES, JR. |

TO DEFENDANT, S. MICHAEL LOVE and his attorney of record:

PLEASE TAKE NOTICE that on April 21, 2008 at 8:15 a.m., or as soon thereafter as the matter may be considered by the Court, located at 940 Front Street, San Diego, CA 92101, in Courtroom 12, Plaintiff will, and hereby does, move the Court for a Motion To Remand this matter to the California state courts. This motion is made on the grounds, each and all, set forth in the accompanying Memorandum of Points and Authorities in Support of Motion to Remand, including that:

  1.  Defendant's Notice of removal was not filed within 30 days after receipt by Defendant of a copy of the order or other paper from which it could first be ascertained the case was then one

1  which is or had become removable under 28 USC 1446(b);

2      2.    Not all Defendants joined in or consented to the first removal; and

3      3.    A party is not entitled to file a second notice of removal on the same grounds after the court has already declined to proceed and ordered the state court action be remanded.

This motion is based on this Notice of Motion and Motion and the Memorandum of Points and Authorities in Support of Motion to Remand filed concurrently herewith, the pleadings on file herein, and such other and further matters as may be presented to the Court.

Dated: March 20, 2008                      FRANK E. ROGOZIENSKI, INC.

                                            By:    /s/Frank E. Rogozienski
                                                     Frank E. Rogozienski
                                                     Attorney for Plaintiff