FRANK E. ROGOZIENSKI, ESQ. (Bar No. 51445)
FRANK E. ROGOZIENSKI, INC.
A Professional Corporation
Attorneys at Law
1660 Union Street, Third Floor
San Diego, CA 92101
Telephone: (619)237-1878
Facsimile: (619)237-1870
Email: rogolaw@pacbell.net

Attorneys for Plaintiff, FRANK E. ROGOZIENSKI

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. ROGOZIENSKI,<br><br>    Plaintiff,<br>v.<br><br>JAMES D. ALLEN, S. MICHAEL LOVE, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 08-CV-0316 J(AJB)<br><br>PROOF OF SERVICE |

    I, the undersigned, certify and declare that I am a citizen of the United States, over the age of 18 years, employed in the County of San Diego, State of California, at the above address and not a party to the above entitled cause. On March 20, 2008, I caused to be served as indicated by electronic service and United States First Class Mail postage prepaid, a copy of the attached NOTICE OF MOTION AND MOTION TO REMAND and MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND as follows:

DANIEL M. WHITE, ESQ.
WHITE & OLIVER
550 West "C" Street, No. 950
San Diego, CA 92101
Via Email: dwhite@whiteoliver.com

Executed on: March 20, 2008

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                        /s/ Sherryl M. Bolinger
                                                        Sherryl M. Bolinger

PROOF OF SERVICE                                                                      Case No. 08-CV-0316 J(AJB)