*Rogozienski v. Love*
USDC Case No.: 08-CV-0316 J(AJB)

## PROOF OF SERVICE

I, Patty Cortez, declare as follows:

1. I am employed with the law firm of WHITE, OLIVER & AMUNDSON, 550 West "C" Street, Suite 950, San Diego, California 92101. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

2. On April 4, 2008, I served the following document(s):

**OPPOSITION OF DEFENDANT S. MICHAEL LOVE TO PLAINTIFF'S MOTION TO REMAND;**

on the interested parties in this action:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL) By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below according to Fed.R.Civ.P.5.

☐ (BY PERSONAL SERVICE) I caused the documents(s) listed above to be picked up by our attorney service, First Legal Support, on February 19, 2008 from our office and delivered to the addressee(s) set forth in the attached Service List on February 19, 2008.

☒ (BY ELECTRONIC FILING) I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 4 day of April, 2008 at San Diego, California.

s/ Patty Cortez
Patty Cortez

81066.1

*Rogozienski v. Love*
USDC Case No.: 08-CV-0316 J(AJB)

**SERVICE LIST**

| | |
|---|---|
| Frank E. Rogozienski<br>Frank E. Rogozienski, Inc.<br>1660 Union Street, Suite 300<br>San Diego, CA 92101<br>T: (619) 237-1878<br>F: (619) 237-1870 | Attorneys for Plaintiff |

- 2 -

81066.1