1  FRANK E. ROGOZIENSKI, ESQ. (Bar No. 51445)
   FRANK E. ROGOZIENSKI, INC.
2  A Professional Corporation
   Attorneys at Law
3  1660 Union Street, Third Floor
   San Diego, CA 92101
4  Telephone: (619)237-1878
   Facsimile: (619)237-1870
5  Email: rogolaw@pacbell.net

6  Attorneys for Plaintiff, FRANK E. ROGOZIENSKI

7

8                 UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

   FRANK E. ROGOZIENSKI,            )      CASE NO. 08-CV-0316 JLS(AJB)
11                                   )
                Plaintiff,           )      PROOF OF SERVICE
12  v.                               )
                                     )
13  JAMES D. ALLEN, S. MICHAEL       )
    LOVE, and DOES 1 through 10,     )
14  inclusive,                       )
                                     )
15              Defendants.          )
                                     )
   ————————————————————————————————  )
16

17         I, the undersigned, certify and declare that I am a citizen of the United States, over the age
   of 18 years, employed in the County of San Diego, State of California, at the above address and not
18  a party to the above entitled cause.  On April 14, 2008, I caused to be served as indicated by
   electronic service and United States First Class Mail postage prepaid, a copy of the attached REPLY
19  TO OPPOSITION OF DEFENDANT, S. MICHAEL LOVE TO PLAINTIFF'S MOTION TO
   REMAND as follows:

20  DANIEL M. WHITE, ESQ.
    WHITE & OLIVER
21  550 West "C" Street, No. 950
    San Diego, CA 92101
22  Via Email: dwhite@whiteoliver.com

23  Executed on: April 14, 2008

24         I declare under penalty of perjury under the laws of the State of California that the above is true and
    correct.
25

26                                        /s/ Sherryl M. Bolinger
                                          Sherryl M. Bolinger
27

28  PROOF OF SERVICE                              Case No. 08-CV-0316 JLS(AJB)

                                    1