Daniel M. White (SBN# 068011)
Steven G. Amundson (SBN# 073501)
Linda J. Sinclair (SBN# 144748)
WHITE, OLIVER & AMUNDSON
A Professional Corporation
550 West C Street, Suite 950
San Diego, California 92101
Telephone: (619) 239-0300
Facsimile: (619) 239-0344

Attorneys for Defendant
S. Michael Love

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. ROGOZIENSKI,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. ALLEN, S. MICHAEL LOVE, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08 CV 0316 JLS (AJB)<br><br>NOTICE OF MOTION AND MOTION OF DEFENDANT S. MICHAEL LOVE FOR RECONSIDERATION OF MAY 5, 2008 ORDER GRANTING PLAINTIFF'S MOTION TO REMAND<br><br>FED.R.CIV.P. 60(b)(6)<br><br>Date: July 10, 2008<br>Time: 1:30 p.m.<br>Courtroom: 6<br>Hon. Janis L. Sammartino |

TO: Plaintiff Frank E. Rogozienski and his counsel of record.

NOTICE IS HEREBY GIVEN that on July 10, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard by the court, located at 940 Front Street, San Diego, CA 92101, Courtroom 6, defendant S. Michael Love (Love) will move for reconsideration of this court's May 5, 2008 order granting plaintiff's motion to remand.

The motion will be made on the ground that no case or statutory authority exists to support stripping Love of his removal right when the ground for removal was not ascertainable until the matter was pending in the Fourth District Court of Appeal. Further, the May 5, 2008 order is inconsistent with the November 20, 2007 order issued in this matter by Hon. John A. Houston under a different case number (Case No. 07cv0742).

The motion is based on the memorandum of points and authorities, exhibits, and declaration of Linda J. Sinclair that accompany this notice and motion, on the documents on file in the matter, and on any other matters that may be presented at the hearing.

Dated: June 4, 2008                       White, Oliver & Amundson

                                          By: s/ Linda J. Sinclair
                                              Linda J. Sinclair
                                              lsinclair@whiteoliver.com
                                              Attorneys for Defendant
                                              S. Michael Love