```
 1  FRANK E. ROGOZIENSKI, ESQ. (Bar No. 51445)
    FRANK E. ROGOZIENSKI, INC.
 2  A Professional Corporation
    Attorneys at Law
 3  1660 Union Street, Third Floor
    San Diego, CA 92101
 4  Telephone: (619)237-1878
    Facsimile: (619)237-1870
 5
 6  Attorneys for Plaintiff, FRANK E. ROGOZIENSKI
 7
 8                  UNITED STATES DISTRICT COURT
 9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
    FRANK E. ROGOZIENSKI,        )   CASE NO. 08CV 0316 JLS(AJB)
11                               )
             Plaintiff,          )   PROOF OF SERVICE
12  v.                           )
                                 )
13  JAMES D. ALLEN, S. MICHAEL   )
    LOVE, and DOES 1 through 10, )
14  inclusive,                   )
                                 )
15           Defendants.         )
    _____)
16
17       I, the undersigned, certify and declare that I am a citizen of the
    United States, over the age of 18 years, employed in the County of San
18  Diego, State of California, at the above address and not a party to the
    above entitled cause.  On June 26, 2008, I caused to be served by
19  Electronic Service[1], facsimile transmission and United States mail, a copy
    of the attached PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN
20  OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION OF MAY 5, 2008 ORDER
    GRANTING PLAINTIFF'S MOTION TO REMAND:
21
    as follows:
22
    WHITE OLIVER & AMUNDSON
23  550 West "C" Street, No. 950
    San Diego, CA 92101
24  [dwhite@whiteoliver.com]
    Facsimile: (619)239-0344
25
    / / /
26  _____
27       [1]Service on designated recipients through Electronic Case Filing system for
    the above entitled case.  The file transmission was reported as successful and
28  a copy of the receipt will be maintained with the original document(s) in our
    office.
```

Proof of Service                        1                     07-CV-0742 JAH(WMC)

```
 1   SAN DIEGO SUPERIOR COURT
     COUNTY OF SAN DIEGO
 2   330 W. Broadway
     San Diego, CA 92101
 3   (United States Mail)

 4   Executed on: June 26, 2008

 5       I declare under penalty of perjury under the laws of the State of
     California that the above is true and correct.
 6
                                      /s/ Sherryl M. Bolinger
 7                                    Sherryl M. Bolinger

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

Proof of Service      2      07-CV-0742 JAH(WMC)